IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMUEL SNOWDEN                                                             PLAINTIFF

         v.                            Civil No. 05-4066

POULAN/WEEDEATER                                           DEFENDANT

## **O R D E R**

Plaintiff's complaint was filed in this case on September 15, 2005. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Samuel Snowden, complete and sign the attached addendum to his complaint, and return the same to the court **by March 31, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by March 31, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 9th day of March 2006.

                                                           **/s/ Bobby E. Shepherd**
                                           _____
                                           HON. BOBBY E. SHEPHERD
                                           UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMUEL SNOWDEN                                                                              PLAINTIFF

v.                             Civil No. 05-4066

POULAN/WEEDEATER                                                                          DEFENDANT

## ADDENDUM TO COMPLAINT

TO: SAMUEL SNOWDEN

This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and return this entire form (including this first page) back to the court **by March 31, 2006**. Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

RESPONSE

In your complaint, you state that you were discriminated against based on your disability and race when you were terminated on June 18, 1987 and were denied worker's compensation and health insurance benefits. Your EEOC charge was dismissed because it was filed "too long after the date(s) of the alleged discrimination to file your charge."

1. When did the alleged discriminations occur? Give dates.

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

2. You state in your complaint that you have attached you EEOC charge to the complaint, but that charge is not attached. Please attach a copy of your EEOC charge or explain why you have not attached a copy.

_____

_____

_____

3. Why did you wait so long after the alleged discrimination to file your EEOC charge?

_____

_____

_____

_____

_____

4. How did the defendant discriminate against you because of your race?

_____

_____

_____

_____

AO72A
(Rev. 8/82)

5.  How did the defendant discriminate against you because of your disability?

_____

_____

_____

_____

_____

6.  What is your disability?

_____

_____

_____

7.  You state that you were terminated on June 18, 1987.  Is this correct?

_____

_____

_____

8.  You state that you were denied the right to file a worker's compensation claim and a medical sick leave claim on your health insurance policy on June 8, 1987.  Is this correct?

_____

AO72A
(Rev. 8/82)

_____

_____

      9. Since June of 1987, has the defendant discriminated against you in any way?

Answer: Yes_____ No_____

If you answered yes, then state (1) how the defendant has discriminated against you, and (2) give the date(s) of the discrimination.

_____

_____

_____

_____

_____

      I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                              _____
                                              SAMUEL SNOWDEN

                                              _____
                                              DATE

**AO72A**
**(Rev. 8/82)**