IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMUEL SNOWDEN                                                              PLAINTIFF

VS.                                   Case No. 05-CV-4066

POULAN/WEEDEATER                                                            DEFENDANT

## **ORDER**

Before the Court is the Report and Recommendation filed May 17, 2006 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6) Plaintiff Samuel Snowden has timely filed his objections to the Report and Recommendation. (Doc. 7) Snowden has filed a civil action under the Americans with Disabilities Act ("ADA") and Title VII of the Civil Rights Act. The Court provisionally filed plaintiff *in forma pauperis* ("IFP") application and complaint subject to a determination of whether he should be granted IFP status and whether his complaint should be served on Defendant.

Judge Shepherd recommends granting Snowden's IFP application and dismissing his complaint as untimely and thus frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) (IFP action, or any portion thereof, may be dismissed on such grounds at any time). After reviewing the record *de novo*, the Court adopts the Report and Recommendation as its own. The Court need not recite a lengthy review of the Report and Recommendation or Snowden's objections. Snowden delayed bringing his EEOC charge approximately 15 years. His claims under the ADA and Title VII are clearly untimely and should be dismissed. The Court finds Snowden's IFP application should be and hereby is **granted** and that Snowden's complaint should be and hereby is **dismissed with prejudice.** *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

IT IS SO ORDERED, this 13th day of June, 2006.

                                                               /s/ Harry F. Barnes
                                                               Hon. Harry F. Barnes
                                                               U.S. District Court